COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    In re Mauricio Gutierrez and NRG Energy, Inc.

Appellate case number:    01-22-00188-CV

Trial court case number:    2022-01400

Trial court:    152nd District Court of Harris County

Relators, Mauricio Gutierrez and NRG Energy, Inc., have filed a petition for writ of mandamus in this Court. In conjunction with the petition, relators filed an emergency motion to stay a March 15, 2022 deposition. The motion to stay is **denied**.

The Court requests that the real party in interest file a response to the petition for writ of mandamus by no later than **April 4, 2022**.

It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau_____
Acting individually

Date: _____March 14, 2022____